UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN MONROE POLK,

    Plaintiff,

  v.

M. CREAMER-TODD,

    Defendant.

Case No. 14-cv-04375-YGR (PR)

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Defendant M. Creamer-Todd ("Defendant") filed a motion for a sixty-one-day extension of time to file a motion for summary judgment or other dispositive motion.

The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendant's motion for an extension of time to file a dispositive motion is GRANTED.

The time for Defendant to file a motion for summary judgment or other dispositive motion is extended for sixty-one days through **July 6, 2015**.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendant no later than **twenty-eight (28) days** from the date the dispositive motion is filed.

Defendant's reply brief is due no later than **fourteen (14) days** after service of the opposition.

This Order terminates Docket No. 33.

IT IS SO ORDERED.

Dated: April 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge