UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN MONROE POLK,

    Plaintiff,

  v.

M. CREAMER-TODD,

    Defendant.

Case No. 14-cv-04375-YGR (PR)

**[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

    Defendant Creamer-Todd seeks a second extension of time to file a dispositive motion in this case. Having read and considered Defendant's motion, the declaration of Defendant's counsel supporting the motion, and for good cause appearing, Defendant's second motion for an extension of time is GRANTED. Defendant may file a dispositive motion on or before **August 5, 2015**. Plaintiff's opposition shall be filed and served on or before **September 4, 2015**. Defendant may file and serve a reply brief **fourteen (14) days** after service of Plaintiff's opposition.

    This Order terminates Docket No. 53.

    IT IS SO ORDERED.

Dated: July 10, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge