UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN MONROE POLK,

    Plaintiff,

  v.

M. CREAMER TODD,

    Defendant.

Case No. 14-cv-04375-YGR  (PR)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO SUBMIT A DECLARATION**

Defendant Creamer-Todd seeks an extension of time to submit a declaration ordered by the Court on October 20, 2015.  Having read and considered Defendant's motion to change time and the declaration of Defendant's counsel supporting the motion, and for good causing appearing, Defendant's motion for an extension of time is GRANTED.  Defendant may submit the declaration on or before **November 20, 2015**.

This Order terminates Docket No. 89.

IT IS SO ORDERED.

Dated:  October 26, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge