UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN MONROE POLK,

    Plaintiff,

  v.

M. CREAMER TODD,

    Defendant.

Case No. 14-cv-04375-YGR (PR)

**ORDER DIRECTING DEFENDANT TO FILE DOCUMENT UNDER SEAL**

In response to the Court's October 20, 2015 Order, Defendant has filed a declaration along with various attached exhibits. Dkt. 97.  However, Defendant has not filed a copy of Plaintiff's rap sheet, and states as follows: "Plaintiff's rap sheet is a confidential document that cannot be attached to this declaration, but it will be provided to the Court under seal if the Court requests." *Id.* at 2.

The Court now directs Defendant to provide it with Plaintiff's rap sheet, and construes the aforementioned statement as Defendant's request to do so under seal.  Defendant has demonstrated that the confidential information in Plaintiff's rap sheet, if disclosed, would create a risk to the Plaintiff's safety and to institutional security.  Upon due consideration, Defendant's request to file the rap sheet under seal is GRANTED.  Said document shall be filed under seal and not available for inspection by the public or Plaintiff absent a court order permitting such inspection.

No later than **January 8, 2016**, Defense counsel must e-file Plaintiff's rap sheet under seal in accordance with the instructions in Northern District Civil Local Rule 79-5.  After the aforementioned sealed document is e-filed, the Court will resolve the pending dispositive motion and all remaining motions filed by the parties.

IT IS SO ORDERED.

Dated: December 18, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge