UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MONROE POLK,<br><br>    Plaintiff,<br><br>    v.<br><br>M. CREAMER-TODD,<br><br>    Defendant. | Case No. 14-cv-04375-YGR (PR)<br><br>**ORDER TO SHOW CAUSE; AND SETTING COMPLIANCE HEARING FOR DEFENDANT TO RESPOND** |

The Court has reviewed the "Declaration of M. Creamer-Todd in Response to Order" (Dkt. 97), the attached exhibits, and the apparent reliance on section 3173.1 of Title 15 of the California Code of Regulations to justify Defendant's actions. The Court issues this **ORDER TO SHOW CAUSE** why the declarant should not be sanctioned for attempting to mislead the Court by referencing section 3173.1 and therein eliminating a critical phrase of the regulation by the use of ellipses. *See* Creamer-Todd Decl. ¶ 5. Section 3173.1(b) provides in full that "[f]or inmates convicted of [Penal Code] Section(s) . . . 288a . . . *when the victim is a minor*, visitation with any minor who is not the victim of the crime shall be limited to non-contact status except as authorized by the Institution Classification Committee." Cal. Code Regs. tit. 15, § 3173.1(b) (emphasis supplied). By definition, the provision only applies "when the victim is a minor." *Id.* Nothing in the record reflects the same. Instead, it appears that the justification for the decision was merely a continuation of a mistake made by previous institutions. If so, the declarant should have so said rather than attempt to mislead the Court.

In addition, Defendant **SHALL CONFIRM** for the Court that Plaintiff's records, including any electronic records, have been corrected so the mistake does not persist in the future.

A compliance hearing regarding Defendant's response to this **ORDER TO SHOW CAUSE** shall be held on **Friday, March 4, 2016 on the Court's 9:01 a.m. calendar**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**Five (5) business days** prior to the date of the compliance hearing, Defendant shall file: (1) a response to this **ORDER TO SHOW CAUSE**; and (2) confirmation that Plaintiff's records have been corrected. Because this compliance calendar involves Defendant only, Plaintiff need not appear at the compliance hearing. Further, if compliance is complete, Defendant need not appear and the compliance hearing will be taken off calendar. If the Court is satisfied with the response, sanctions may not be issued. Failure to comply with this Order may result in the sanctions.

**IT IS SO ORDERED.**

Dated: February 16, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge