UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN MONROE POLK,

    Plaintiff,

  v.

M. CREAMER-TODD,

    Defendant.

Case No. 14-cv-04375-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Dismissing as Moot Plaintiff's Claims for Injunctive Relief; Granting Defendant's Motion for Summary Judgment as to Remaining Claim for Monetary Damages; and Addressing All Other Pending Motions,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: February 29, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge